UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :

UNITED STATES OF AMERICA
                                                                 :     CONSENT PRELIMINARY
             - v. -                                   ORDER OF FORFEITURE/
                                                                  :     MONEY JUDGMENT

NERIK ILYAYEV,
                                                                :     23 Cr. _____ (____)

             Defendant.                                            **23 CRIM 506**
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about October 3, 2023, NERIK ILYAYEV (the "Defendant"), and another, was charged in one-count of a two-count Information, 23 Cr. _____ (____) (the "Information"), with conspiracy to commit healthcare fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), of any and all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about October 3, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information, and agreed to forfeit to the United States, a sum of money equal to $6,504,069 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $6,504,069 in United States currency, representing the amount of proceeds traceable to

the commission of the offense charged in Count One of the Information that the Defendant personally obtained, of which the Defendant is jointly and severally liable for $4,140,624 in United States currency with co-conspirator Mukhiddin Kadirov ("Kadirov"), to the extent a forfeiture money judgment is entered against Kadirov in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Cecilia Vogel, of counsel, and the Defendant and his counsel, David M. Eskew, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $6,504,069 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, of which the Defendant is jointly and severally liable for $4,140,624 in United States currency with Kadirov, to the extent a forfeiture money judgment is entered against Kadirov in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant NERIK ILYAYEV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service or its designee shall be authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTONALLY LEFT BLANK]

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  _____          10/3/23
     CECILIA VOGEL                      DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-1084

NERIK ILYAYEV

By:  _____          10-3-2023
     NERIK ILYAYEV                      DATE

By:  _____          10-3-2023
     DAVID M. ESKEW, ESQ.               DATE
     Attorney for Defendant
     256 5th Avenue, 5th Floor
     New York, NY 10001

SO ORDERED:

_____               October 3, 2023
HONORABLE                               DATE
UNITED STATES DISTRICT JUDGE