

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023

**DAVID M. ESKEW**
(646) 970-7342 (direct dial)
deskew@aellaw.com
aellaw.com

**256 Fifth Avenue, 5th Floor**
**NY, NY 10001**

November 27, 2023

**By ECF and Email**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>U.S. v. Nerik Ilyayev,</u> 23-cr-506 (GHW)

Dear Judge Woods:

    This letter is submitted on behalf of defendant Nerik Ilyayev to respectfully request a temporary modification of his bail conditions to permit him to travel for a family vacation to Sunny Isles, Florida between November 30, 2023 and December 10, 2023. Both Assistant U.S. Attorney Tara M. La Morte and U.S. Pretrial Services Officer Courtney DeFeo have consented to this proposed travel. AUSA La Morte is the supervisor of the AUSA assigned to this case as the assigned AUSA is currently out of the office on parental leave. A proposed order is attached for the Court's consideration.

    On April 13, 2023, defendant was arrested on a multi-count criminal complaint and was released on a partially secured personal recognizance bond. *See* docket entry # 8. On October 3, 2023, Mr. Ilyayev pled guilty to an information charging him with conspiracy to commit healthcare fraud in violation of 18 U.S.C. § 1349. Following his plea, Mr. Ilyayev's bail conditions remained in place unchanged. His sentencing hearing is currently scheduled for February 15, 2024. Since the outset of his criminal case, defendant has been compliant with all conditions of his pretrial release. Defendant is seeking permission to take a family vacation to Miami, Florida between the dates of November 30, 2023 and December 10, 2023. If this bail modification is approved, defendant will stay in Sunny Isles, Florida with his family and will, as required, provide his full itinerary to Pretrial Services.

We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    Abell Eskew Landau LLP

                                                    By: David M. Eskew
                                                    *Counsel for Nerik Ilyayev*

Cc:   **Via Email**
      Tara M. La Morte, AUSA
      Courtney DeFeo, U.S. Pretrial Services

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may travel with his family to Florida as specified above, from November 30, 2023 through December 10, 2023. The defendant must provide his pretrial services officer with his itinerary and any changes to it. All other conditions of the defendant's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 44.

SO ORDERED.

Dated: November 29, 2023
New York, New York

                                                   GREGORY H. WOODS
                                                   United States District Judge