```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                                                               :
                  -v-                                          :       1:23-cr-506-GHW
                                                               :
                                                               :
   NERIK ILYAYEV,                                              :             ORDER
                                                               :
                                       Defendant.              :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2024

GREGORY H. WOODS, United States District Judge:

During the sentencing hearing held on April 18, 2024, the Court deferred ordering restitution at the Government's request and directed the Government to provide information regarding any proposed award of restitution no later than four weeks following the date of the sentencing hearing.  *See* Dkt. No. 46 at 45:19-23.  More than four weeks have elapsed since that date and the Government has not yet filed its proposed request regarding restitution, together with supporting materials and any proposed order of restitution.  Accordingly, the Court orders that any submissions in connection with the Government's application for restitution be filed with the Court no later than May 24, 2024.

SO ORDERED.

Dated: May 21, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge