

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMORANDUM ENDORSED**

26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/23/2024_

May 22, 2024

**BY ECF**

The Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nerik Ilyayev*, 23 Cr. 506 (GHW)

Dear Judge Woods:

The Government respectfully submits this letter enclosing a proposed restitution order for the above-referenced defendant. At sentencing, the Court indicated its intent to enter restitution in the amount indicated in the attached order, and the Government requested additional time to prepare an order reflecting the appropriate amounts to be paid to each victim of the offense. *See* 18 U.S.C. § 3664(d)(5). The proposed restitution order conforms to the payment scheduled announced by the Court at sentencing. The Government has conferred with the defense, who does not object to entry of this order.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _/s/ Thane Rehn_
Thane Rehn
Assistant United States Attorney
(212) 637-2354

Application granted in part. The Court notes that the proposed order provides for restitution in the amount of $6,504,069, which is greater than the sum total of the amounts shown on Schedule A to the proposed order. Therefore, unless either party objects by May 28, 2024, the Court will enter an order of restitution in the aggregate amount shown in Schedule A to the proposed order.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.
Dated: May 23, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge