UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

NERIK ILYAYEV,

               Defendant.
------------------------------------------------------------ X

1:23-cr-506-GHW-1

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025

GREGORY H. WOODS, United States District Judge:

      On May 23, 2024, the Court entered an order advising the parties that it had discovered a discrepancy between the amount shown in the proposed order of restitution and the sum of the amounts owed to the victims. Dkt. No. 81. The Court informed the parties that it would use the lower amount shown on the schedule of victims unless either party objected by May 28, 2024. Id. Neither party objected by that deadline. However, the order of restitution and amended judgment entered by the Court on June 11, 2024 did not use the correct sum. *See* Dkt. Nos. 84, 85. Instead, the Court used the larger, incorrect number originally proposed by the parties. The Court wishes to correct that error by entering an amended order of forfeiture and an amended judgment reflecting the correct amount owed--$6,504,063.26, which is $5.74 less than the amount indicated in the existing order of restitution and judgment. Unless either party objects by March 14, 2025, the Court will do so.

      SO ORDERED.

Dated: March 5, 2025
New York, New York

                                                    GREGORY H. WOODS
                                           United States District Judge