UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

NERIK ILYAYEV,

                          Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2025

1:23-cr-506-GHW-1

AMENDED ORDER OF
RESTITUTION

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by its attorney, Matthew Podolsky, United States Attorney for the Southern District of New York, Thane Rehn and Cecilia Vogel, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

    **1.**     **Amount of Restitution**

NERIK ILYAYEV, the Defendant, shall pay restitution in the total amount of $6,504,063.26, pursuant to 18 U.S.C. § 3663, to the victims of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **A.**     **Joint and Several Liability**

Restitution shall be joint and several co-defendant Mukhiddin Kadirov ("Kadirov"). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victims have been paid the total amount of their losses

from all the restitution paid by the Defendant and Kadirov.

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the Defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid as specified by the Court: in installments of not less than $100 on the 15th of each month. Any unpaid amount remaining upon release from prison will be paid in installments of an amount equal to 20% of his gross income for that month, payable on the 15th of each month.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov /payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

SO ORDERED.

Dated: March 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NERIK ILYAYEV

**Schedule A**
**Schedule of Victims**

**23 Cr. 506 (GHW)**

| Name | Address | Loss Amount |
|---|---|---|
| Geico | 750 Woodbury Rd, Woodbury, New York 11797 | $885,430.00 |
| Hartford | One Southview Crt, Bayville, New York 11709 | $7,526.90 |
| Liberty Mutual | 80 Grasslands Rd, Elmsford, New York 10523 | $65,080.00 |
| Medicaid | CMS Division of Accounting Operation PO Box 7520 Baltimore Maryland 21207-0520 | $4,213,456.00 |
| Medicare Part D | CMS Division of Accounting Operation PO Box 7520 Baltimore Maryland 21207-0520 | $1,054,629.00 |
| Progressive | One Corporate Drive Suite 201, Bohemia, New York 11716 | $123,992.86 |
| State Farm Insurance Company | One State Farm Plaza, Bloomington, IL 61710 | $80,876.00 |
| USAA | 9800 Fredericksburg Rd, San Antonio, TX 78288 | $73,072.50 |